# United States Court of Appeals
## For the First Circuit

Nos. 11-1775
       11-1782

UNITED STATES OF AMERICA,

Appellee,

v.

JASON WAYNE PLEAU,

Defendant, Appellant.

IN RE: JASON WAYNE PLEAU,

Petitioner.

ERRATA SHEET

The opinion of this Court issued on October 13, 2011, is amended as follows:

On page 22, line 7 of footnote 7: Replace "sate" with "state" and "dismiss" with "dismissal"